IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Agnes L. Gatson,**  )<br>    **Plaintiff,**  )<br>  )<br>**v.**  )<br>  )<br>**Midland Funding, LLC; Midland Credit**  )<br>**Management, Inc.; OneMain Financial**  )<br>**Group, LLC; and TransUnion, LLC**  )<br>  )<br>    **Defendants.**  )<br>  ) | Case No. 1:16-CV-00039 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),[1] Plaintiff Agnes L. Gatson and Defendants Midland Funding, LLC, and Midland Credit Management, Inc. (collectively, "Midland"), jointly stipulate and agree that Plaintiff hereby dismisses with prejudice any and all claims asserted against Midland in the above-styled action, with the parties to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 13th day of June, 2016.

/s/ Judson E. Crump (by consent)
Judson E. Crump
JUDSON E. CRUMP, PC
P.O. Box 2769
Daphne, AL 36526
E-mail: judson@judsonecrump.com

*Counsel for Plaintiff Agnes Gatson*

/s/ Chase T. Espy
Chase T. Espy
Jason B. Tompkins
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306
E-mail: cespy@balch.com
        jtompkins@balch.com

*Counsel for Defendants Midland Funding, LLC
and Midland Credit Management, Inc.*

---

[1] Plaintiff's claims against TransUnion, LLC, were dismissed per the Court's May 26, 2016 order (Doc. 19).

/s/ David A. Elliott (by consent)
David A. Elliott
Taylor Barr Johnson
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
E-mail: delliott@burr.com
       taylor.barr@burr.com

*Counsel for Defendant
OneMain Financial Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

| | |
|---|---|
| Judson E. Crump, Esq.<br>JUDSON E. CRUMP, PC<br>P.O. Box 2769<br>Daphne, AL 36526<br>E-mail: judson@judsonecrump.com | David A. Elliott<br>Taylor Barr Johnson<br>BURR & FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, Alabama 35203<br>E-mail: delliott@burr.com<br>       taylor.barr@burr.com |
| Matthew Whittle Robinett<br>NORMAN, WOOD, KENDRICK & TURNER<br>Ridge Park Place, Suite 3000<br>1130 22nd Street South<br>Birmingham, Alabama  35205<br>E-mail: mrobinett@nwkt.com | |

/s/ Chase T. Espy
One of the Attorneys for
Defendants Midland Funding, LLC and
Midland Credit Management, Inc.